IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOYCE A. BAKER,

       Plaintiff,

v.                                       CASE NO. 4:05-cv-000391-MP-AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

_____/

## O R D E R

      This matter is before the Court on Doc. 24, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner of Social Security denying Plaintiff's applications for disability insurance benefits under Title II of the Social Security Act, and for supplemental security income benefits filed under Title XVI of the Social Security Act, be affirmed. The Magistrate Judge filed the Report and Recommendation on Monday, May 7, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

      After a hearing on April 22, 2004, the Administrative Law Judge found that although Plaintiff suffered from severe impairments and was unable to engage in substantial gainful activity–rendering her disabled under the Medical-Vocational Guidelines–because Plaintiff's alcoholism was a contributing factor material to her disability, she was considered "not disabled" under the regulations applicable to alcohol and substance abuse disorders. Under 42 U.S.C. § 405(g), the Commissioner's decision must be affirmed if it is supported by substantial evidence

and the correct legal standards have been applied. <u>Graham v. Apfel</u>, 129 F.3d 1420, 1422 (11th Cir. 1997). The Court agrees with the Magistrate that the Administrative Law Judge had substantial evidence to support his decision that alcohol is the material factor preventing Plaintiff from working. As the Magistrate points out, all of Plaintiff's treating physicians stated that Plaintiff's medical condition would be significantly improved if she were to quit drinking. Further, Plaintiff admitted that she was non-compliant with her medication. All together, the Administrative Law Judge had ample evidence to conclude that Plaintiff's alcoholism is the primary cause of her disability, and that she was therefore not disabled under the Social Security Act. Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation, Doc. 24, is adopted and incorporated by reference in this order;

2.      The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   *22nd* day of June, 2007

_____*s/Maurice M. Paul*_____

Maurice M. Paul, Senior District Judge